JOSEPH P. McEVOY and EUGENIE McEVOY v. CENTRAL HANOVER BANK AND TRUST COMPANY, Trustee under a Certain Trust Agreement Dated January 14,

1931.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ. [See *post*, p. 731.]